**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Carmen D. Collazo-Edwards,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 4:24-cv-07294-JD** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Experian Information Solutions, Inc.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF SETTLEMENT**
**AND REQUEST FOR RUBIN ORDER**

Plaintiff Carmen D. Collazo-Edwards ("Plaintiff") hereby files this Notice of Settlement. Plaintiff's Complaint was filed on December 16, 2024, and was served upon Defendant on December 19, 2024.  The parties have agreed to settle all claims between them in this matter.  The Parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with prejudice within the next sixty (60) days.  Accordingly, the Plaintiff requests that the Court enter a *Rubin* order to provide time to consummate the agreement.  The Plaintiff will reinstate the action within sixty (60) days if the settlement is not consummated.

Respectfully submitted this 10th day of February, 2025.

/s/ *Penny Hays Cauley*
Penny Hays Cauley, Fed. ID No. 10323
HAYS CAULEY, P.C.
1303 W. Evans St.
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
Attorney for Plaintiff